# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Rogers, III, Thomas E. | **2. Court or Organization**<br><br>U.S. District Court, SC | **3. Date of Report**<br><br>12/07/2021 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>US Magistrate Judge - Full-time | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>**5b.** ✔ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Post Office Box 2317
Florence, SC 29501

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 12/07/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 12/07/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Ameritrade | Margin account | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rogers, III, Thomas E.** | 12/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. 1.25 a Florence County, South Carolina (1/2011, $10,000) | | None | J | R | | | | | |
| 2. Brokerage account # 1 (Marked as # 1) (H) | | | | | Closed | 06/02/20 | | | |
| 3. - First Clearing, LLC - Cash balance | | None | | | Closed | 06/02/20 | J | A | |
| 4. - # 1 - AT&T Inc. (Transferred to # 4) | A | Dividend | | | Distributed | 06/02/20 | J | A | |
| 5. - # 1 - Verizon Communications Com (Transferred to # 4) | A | Dividend | | | Distributed | 06/02/20 | J | A | |
| 6. -# 1 - SC Jobs Econ DV Ath Stdnt 4.25% 8/1/24 "Y" (Transferred to # 4) | A | Interest | | | Distributed | 06/02/20 | J | A | |
| 7. Brokerage account # 2 (Marked as # 2)(H) | | | | | Closed | 06/02/20 | | | |
| 8. - # 2 - Cash balance - First Clearing, LLC | A | Int./Div. | | | Closed | 06/02/20 | J | A | |
| 9. - # 2 - Exxon Mobil Corp | A | Dividend | | | Sold | 07/01/20 | J | A | |
| 10. Brokerage account # 3 (Marked as # 3) Transferred to brokerage # 4(H) | | | | | Closed | 06/02/20 | | | |
| 11. - # 3 - Ameritrade MMDA Account - Cash balance | A | Int./Div. | J | T | | | | | |
| 12. - # 3 - Acasti Pharma Inc. Com Cl A | | None | | | Sold (part) | 01/07/20 | J | A | |
| 13. | | | | | Sold (part) | 01/10/20 | J | A | |
| 14. | | | | | Sold (part) | 02/10/20 | J | A | |
| 15. | | | | | Sold | 02/10/20 | J | A | |
| 16. - # 3 - Advanced Micro Devices Inc. Com | | None | | | Buy | 06/29/20 | J | | |
| 17. | | | | | Sold | 06/30/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 12/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 12/18/20 | J | | |
| 19. | | | | | Sold | 12/21/20 | J | A | |
| 20. | | | | | Buy | 12/18/20 | J | | |
| 21. | | | | | Sold | 12/23/20 | J | A | |
| 22.   - # 3 - Albertsons Companies Inc Com | | None | | | Buy | 04/08/20 | J | | |
| 23. | | | | | Sold | 12/23/20 | J | A | |
| 24. | | | | | Buy | 04/08/20 | J | | |
| 25. | A | Dividend | J | T | Buy | 10/14/20 | J | | |
| 26.   - # 3 - Apple Inc Com | | None | | | Buy | 09/16/20 | J | | |
| 27. | | | | | Sold | 10/08/20 | J | A | |
| 28.   - # 3 - AT&T Inc Com | A | Int./Div. | | | Buy | 04/08/20 | J | | |
| 29. | | | | | Sold | 04/09/20 | J | A | |
| 30. | | | | | Buy | 07/02/20 | J | | |
| 31. | | | | | Sold | 07/23/20 | J | A | |
| 32. | | | | | Buy | 07/20/20 | J | | |
| 33. | | | | | Sold | 08/17/20 | J | A | |
| 34. | | | | | Buy | 08/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 12/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 08/31/20 | J | A | |
| 36.    Transferred to Brokerage # 4 | None | | | | Distributed | 06/02/20 | J | A | |
| 37.    - # 3 - Centerstate Bank Corporation | None | | | | Buy | 01/07/20 | J | | |
| 38. | | | | | Sold | 06/03/20 | J | A | |
| 39.    - # 3 - Chevron Corporation Com | None | | | | Buy | 03/25/20 | J | | |
| 40. | | | | | Sold | 03/25/20 | J | A | |
| 41. | | | | | Buy | 03/25/20 | J | | |
| 42. | | | | | Sold | 03/30/20 | J | A | |
| 43. | | | | | Buy | 03/25/20 | J | | |
| 44. | | | | | Sold | 04/02/20 | J | A | |
| 45.    - # 3 - MP Materials Corp Com | None | | | | Buy | 11/18/20 | J | | |
| 46. | | | | | Sold | 11/18/20 | J | A | |
| 47. | | | | | Buy | 11/24/20 | J | | |
| 48. | | | | | Sold | 12/17/20 | J | A | |
| 49. | | | | | Buy | 12/01/20 | J | | |
| 50. | | | | | Sold | 12/21/20 | J | A | |
| 51. | | | | | Buy | 12/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 12/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold | 12/23/20 | J | A | |
| 53. | | | | | Buy | 12/17/20 | J | | |
| 54. | | | | | Sold | 12/29/20 | J | A | |
| 55.  - # 3 - Matinas Biopharma Holdings Inc., Com | None | | | | Buy | 01/07/20 | J | | |
| 56. | | | | | Sold | 01/07/20 | J | A | |
| 57. | | | | | Buy | 01/07/20 | J | | |
| 58. | | | | | Sold | 01/07/20 | J | A | |
| 59.  - # 3 - Roku Inc. | None | | | | Sold<br>(part) | 01/07/20 | J | A | |
| 60. | | | | | Sold<br>(part) | 03/11/20 | J | A | |
| 61. | | | | | Sold | 03/13/20 | J | A | |
| 62. | | | | | Buy | 04/14/20 | J | | |
| 63. | | | | | Sold<br>(part) | 04/14/20 | J | A | |
| 64. | | | | | Sold<br>(part) | 05/07/20 | J | A | |
| 65. | | | | | Sold | 05/12/20 | J | A | |
| 66.  - # 3 - SCYNEXIS Inc. 1:10 | None | | | | Buy | 01/08/20 | J | | |
| 67. | | | | | Sold | 01/09/20 | J | A | |
| 68. | | | | | Buy | 01/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 12/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 01/10/20 | J | A | |
| 70. | | | | | Buy | 01/08/20 | J | | |
| 71. | | | | | Sold | 04/03/20 | J | A | |
| 72. | | | | | Buy | 01/09/20 | J | | |
| 73. | | | | | Sold | 04/23/20 | J | A | |
| 74. | | | | | Buy | 01/09/20 | J | | |
| 75. | | | | | Sold | 05/12/20 | J | A | |
| 76. | | | | | Buy | 01/09/20 | J | | |
| 77. | | | | | Sold | 06/18/20 | J | A | |
| 78. | | | | | Buy | 05/14/20 | J | | |
| 79. | | | | | Sold | 07/16/20 | J | A | |
| 80. - # 3 - SCYNEXIS Inc. Com | | None | | | Buy | 05/14/20 | J | | |
| 81. | | | | | Sold | 12/17/20 | J | A | |
| 82. | | | | | Buy | 05/18/20 | J | | |
| 83. | | | | | Sold | 12/17/20 | J | A | |
| 84. - # 3 - South State Corp Com | | None | | | Buy | 06/15/20 | J | | |
| 85. | | | | | Sold | 06/16/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rogers, III, Thomas E.** | 12/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 06/22/20 | J | | |
| 87. | | | | | Sold | 06/25/20 | J | A | |
| 88. | | | | | Buy | 06/22/20 | J | | |
| 89. | | | | | Sold | 07/23/20 | J | A | |
| 90. | | | | | Buy | 07/01/20 | J | | |
| 91. | | | | | Sold | 08/05/20 | J | A | |
| 92. | | | | | Buy | 08/28/20 | J | | |
| 93. | | | | | Sold | 08/31/20 | J | A | |
| 94. | | | | | Buy | 09/08/20 | J | | |
| 95. | | | | | Sold | 09/21/20 | J | A | |
| 96. | | | | | Buy | 10/13/20 | J | | |
| 97. | | | | | Sold | 10/15/20 | J | A | |
| 98. | | | | | Buy | 10/13/20 | J | | |
| 99. | | | | | Sold | 10/20/20 | J | A | |
| 100.  - # 3 - Target Corp Com | None | | | | Buy | 05/22/20 | J | | |
| 101. | | | | | Sold | 06/03/20 | J | A | |
| 102.  - # 3 - Verizon Communications Com | None | | | | Buy | 03/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rogers, III, Thomas E.** | 12/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 03/25/20 | J | A | |
| 104. - Transferred to brokerage # 4 | | | | | Distributed | 06/02/20 | J | A | |
| 105. - # 3 - Auris Medical Holding Ltd Com | None | | | | Buy | 10/13/20 | J | | |
| 106. | | | | | Sold | 12/01/20 | J | A | |
| 107. | | | | | Buy | 12/01/20 | J | | |
| 108. | | | | | Sold | 12/02/20 | J | A | |
| 109. - # 3 - Nabriva Therapeutics PLC 1:10 | None | | | | Buy | 07/17/20 | J | | |
| 110. | | | | | Sold | 07/20/20 | J | A | |
| 111. | | | | | Buy | 07/17/20 | J | | |
| 112. | | | | | Sold | 08/08/20 | J | A | |
| 113. | | | | | Buy | 07/17/20 | J | | |
| 114. | | | | | Sold | 11/09/20 | J | A | |
| 115. | | | | | Buy | 07/17/20 | J | | |
| 116. | | | | | Sold | 12/01/20 | J | A | |
| 117. - # 3 - Roku Inc. | None | | | | Buy | 04/15/20 | J | | |
| 118. | | | | | Sold | 04/15/20 | J | A | |
| 119. | | | | | Buy | 04/15/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rogers, III, Thomas E.** | 12/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold | 04/16/20 | J | A | |
| 121. | | | | | Buy | 04/15/20 | J | | |
| 122. | | | | | Sold | 04/17/20 | J | A | |
| 123.  - # 3 - SNAP Inc. SNAP Apr 17 2020 | | None | | | Buy | 04/03/20 | J | | |
| 124. | | | | | Sold | 04/03/20 | J | A | |
| 125.  - # 3 - SNAP Inc. SNAP Apr 24 2020 | | None | | | Buy | 04/08/20 | J | | |
| 126. | | | | | Sold | 04/13/20 | J | A | |
| 127. | | | | | Buy | 04/08/20 | J | | |
| 128. | | | | | Sold | 04/13/20 | J | A | |
| 129.  Brokerage account # 4 (Marked as # 4)<br>From brokerage # 3(H) | | | | | | | | | |
| 130.  - # 4 - Raymond James Sweep account | A | Int./Div. | J | T | Spinoff<br>(from line 11) | 06/02/20 | J | | |
| 131.  - # 4 - AT&T Incorporated | A | Dividend | J | T | Spinoff<br>(from line 36) | 06/02/20 | J | | |
| 132. | A | Dividend | J | T | Spinoff<br>(from line 4) | 06/02/20 | J | | |
| 133.  - # 4 - Verizon Communications | A | Dividend | J | T | Spinoff<br>(from line 104) | 06/02/20 | J | | |
| 134. | A | Dividend | J | T | Spinoff<br>(from line 5) | 06/02/20 | J | | |
| 135.  - # 4 - SC Jobs-Economic Dev Auth Student | A | Int./Div. | J | T | Spinoff<br>(from line 6) | 06/02/20 | J | | |
| 136.  South State Bank checking | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 12/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137.  Synovus (Formerly NBSC) | A | Interest | J | T | | | | | |
| 138.  Wells Fargo, NA brokerage cash account | A | Interest | J | T | | | | | |
| 139.  Equitable Variable: EQ Aggressive (whole life policy) | | None | J | T | | | | | |
| 140.  Jefferson-Pilot Adjustable Life policy | | None | J | T | | | | | |
| 141.  UGMA # A (Marked as # A) Transferred to UGMA # C(H) | | | | | Closed | 06/02/20 | J | A | |
| 142.  - # A - Capital World Growth & Income Fund - Class F-1 to UGMA # C | A | Dividend | | | Distributed | 06/02/20 | J | A | |
| 143.  - # A - First Clearing , LLC - Cash balance | A | Interest | | | Closed | 06/02/20 | J | A | |
| 144.  - # A American Fds Washington Mut (Edu Svgs )(no control) | A | Int./Div. | | | Closed | 06/02/20 | J | A | |
| 145.  UGMA # C (Marked as # C) Transferred from # A(H) | | | | | | | | | |
| 146.  - # C - Capital World Growth & Income Fund Class F1 (CWGFX) | A | Int./Div. | J | T | Spinoff (from line 142) | 06/02/20 | J | | |
| 147.  UGMA # A, Trust 1 (Marked as # AT1) (H) | | | | | Closed | 06/02/20 | J | A | |
| 148.  - # AT1 - First Clearing, LLC - Cash balance | A | Int./Div. | | | Closed | 06/02/20 | J | A | |
| 149.  UGMA # B (Marked as # B)(H) | | | | | Closed | 06/02/20 | J | A | |
| 150.  - # B - Capital World Growth & Income Fund - F-1 (CWGFX) | A | Dividend | | | Closed | 06/02/20 | J | A | |
| 151.  - # B First Clearing , LLC - Cash balance | A | Interest | | | Closed | 06/02/20 | J | A | |
| 152.  - # B Columbia Mgmt Futre Schol 529 Collge Svng Pl (no control) | A | Int./Div. | J | T | | | | | |
| 153.  UGMA # D (Marked as D) Transferred from # B(H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rogers, III, Thomas E.** | 12/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.   - # D - Raymand James Cash account | A | Interest | J | T | Spinoff (from line 151) | 06/02/20 | J | | |
| 155.   - # D - Capital World Growth & Income Fund Class F1 (CWGFX) | A | Int./Div. | J | T | Spinoff (from line 150) | 06/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, page 4, line 1, Column B(1) for 1.25 acres Florence County, South Carolina received no rental income for the year therefore, column B(2) is "None".

Part VII Investments and Trust,  line 142, 146, 150 and 155 Capital World Growth & Income Fd Inc Cl C (CWGCX) converts to Class F-1 shares after 10 years. The exchange took place on 12/13/2016.  The converted shares are called Capital World Growth & Income Fund-Class F-1 (CWCFX).

Part VII, lines 3, 8,11, 130, 143, 148, 151,, and 154 are the money market account portions of the brokerage accounts which act as sweep accounts for uninvested cash in that specific brokerage account.  We believe these to be a widely held accounts because they are a part of the brokerage accounts.

Part VII, lines 2, 7, 10, 129, 141, 145, 147, 149 and 153 are header lines for the investments listed below the specific line.

Part VII, Line 22 all of this security was sold on line 23

Part VII, line 28 all of this security was sold on line 29

Part VII, line 102  Part of the shares were sold on line 103 and the blance was transferred to line 133 per line 104

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas E. Rogers, III**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544